

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

```
U.S. DISTRICT COURT - N.D. OF N.Y.
         FILED

AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton
```

Reginald McFadden

   vs.

Lester Wright, et al

JUDGMENT IN A CIVIL CASE

**CASE NO.**   9:03-CV-1242

\_\_\_\_\_  **JURY VERDICT.**  This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_  **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT THIS ACTION IS DISMISSED PURSUANT TO PLAINTIFF'S [7-1] APPLICATION FOR VOLUNTARY DISMISSAL.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S ORDER FILED OCTOBER 27, 2003.

Dated:   October 27, 2003

LAWRENCE K. BAERMAN
_____
Clerk of the Court

_____
By:   Deputy Clerk